IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SUSAN R. PEASE, | § § | |
| PLAINTIFF | § | |
| v. | § § | CIVIL ACTION NO. 1:12-cv-000851-SS |
| CHRISTIAN BRIGGS AND BRIGGS VENTURES, INC., | § § § § | |
| DEFENDANTS | § | |

## APPENDIX OF EXHIBITS TO PLAINTIFF'S SUMMARY JUDGMENT RESPONSE

| | |
|---|---|
| Exhibit A | Excerpts from the Deposition of Susan R. Pease |
| Exhibit B | Excerpts from the Deposition of David Todd Griffiths, Vol. I |
| Exhibit C | September 11, 2011 Judgment against Briggs and BVI for "Fraud and Elder Abuse" in Case No. 30-2010-00392622; *Elizabeth S. Pankey, Individually, et al. v. Christian Briggs and Briggs Ventures, Inc.*, In the Superior Court of the State of California, Orange County |
| Exhibit D | Excerpts and exhibits from the Deposition of David Aycock |
| Exhibit E | Excerpts from the Deposition of David Todd Griffiths, Vol. II |
| Exhibit F | Excerpts from the Deposition of Christian Briggs |
| Exhibit G | Excerpt from exhibit 2 (SP0001) from the Deposition of Susan R. Pease |
| Exhibit H | Excerpt from exhibit 2 (SP0013) from the Deposition of Susan R. Pease |
| Exhibit I | Excerpt from exhibit 5 (SP0022) from the Deposition of Susan R. Pease |
| Exhibit J | Excerpt from the Deposition of Custodian of Records of Rare Coin Wholesalers |