IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SUSAN R. PEASE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CHRISTIAN BRIGGS and | § | |
| BRIGGS VENTURES, INC., | § | Case No: 1:12-CV-000851-SS |
| | § | |
| Defendants and | § | |
| Third-Party Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| TODD GRIFFITHS and | § | |
| CT GROUP, INC., | § | |
| | § | |
| Third-Party Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Susan Pease ("Plaintiff") and Defendants Christian Briggs and Briggs Ventures, Inc. (collectively, "Defendants," and together with Plaintiff, the "Parties") file their Joint Stipulation of Dismissal with Prejudice under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c) and state as follows:

1. On September 13, 2012, Plaintiff sued Defendants relating to the sale of a rare coin. (ECF No. 1.)

2. On October 3, 2014, the Parties executed a formal settlement agreement which provided for, among other things, the Parties to file an agreed stipulation of dismissal providing for the dismissal with prejudice of all pending claims against Plaintiff and Defendants in this matter.

3. As such, the Parties move to dismiss this action with prejudice, with each Party to bear its own attorneys' fees and costs.

4. Plaintiff and Defendants agree to this dismissal with prejudice.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the Parties' claims with prejudice.

Respectfully submitted,

By: */s/ R. Lyn Stevens*
    R. Lyn Stevens

**STEVENS, BALDO, FREEMAN & LIGHTY, LLP**
550 Fannin Street, Suite 700
Beaumont, TX 77701
(409) 835-5200
(409) 838-5638 Facsimile
stevens@sbf-law.com

**ATTORNEYS FOR PLAINTIFF**

- and -

*/s/ Alexander Brauer*
Alexander Brauer
Texas State Bar No. 24038780
abrauer@baileybrauer.com

**BAILEY BRAUER PLLC**
Campbell Centre I
8350 N. Central Expressway, Ste. 935
Dallas, Texas 75206
Telephone: (214) 360-7433
Facsimile: (214) 360-7435

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case filing system for the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys who have consented in writing to accept this notice as service of this document by electronic means:

Stevens, Baldo, Freeman & Lighty, LLP
Attn: R. Lyn Stevens
550 Fannin Street, Suite 700
Beaumont, Texas 77701
stevens@sbf-law.com

*/s/ Alexander Brauer*
Alexander Brauer
